UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DIRECT BIOLOGICS, LLC, §<br>    *Plaintiff* §<br>§<br>v. §<br>§<br>ADAM MCQUEEN, §<br>VIVEX BIOLOGICS, INC. AND §<br>VIVEX BIOLOGICS GROUP, INC., §<br>    *Defendants* § | Case No. 1:22-CV-381-SH |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the Court rendered an order dismissing this cause without prejudice. As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** on May 26, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE